**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2363**

———————

JOSEPHAT MUA,

Plaintiff – Appellant,

v.

BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY/PRINCE
GEORGE'S COUNTY PUBLIC SCHOOLS; VERJEANA M. JACOBS,
Individually and as Board Chairperson of Prince George's
Public Schools; DR. WILLIAM R. HITE, JR., Individually and
as superintendent; ROGER C. THOMAS, Esquire; SYNTHIA J.
SHILLING; MONICA GOLDSON, Individually and as Associate
superintendent of Prince George's Public Schools; PIERRE
DICKSON, Individually and as agent of the Board of
Education of Prince George's County; DR. KEVIN MAXWELL,
Individually and as superintendent of Prince George's
Public Schools; DR. ALVIN L. CRAWLEY, Individually and as
superintendent; ROBERT J. GASKIN, Individually and Chief
Human Resources of Prince George's Public Schools; DR.
LILLIAN M. LOWERY; ARDRA O'NEAL; ABBEY HAIRSTON,

Defendants – Appellees,

and

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL
EMPLOYEES, AFSCME; ASSOCIATION OF CLASSIFIED EMPLOYEES
AMERICAN FEDERATION OF STATE, COUNTY, MUNICIPAL EMPLOYEES
(AFSCME), AFSCME LOCAL 2250,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:15-cv-02249-PJM)

———————

Submitted:  June 10, 2016                    Decided:  June 21, 2016

---

Before KING, THACKER, and HARRIS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Josephat Mua, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josephat Mua seeks to appeal the district court's order dismissing Mua's case based on Mua's failure to file an amended complaint against the American Federation of State, County, and Municipal Employees (AFSCME) and AFSCME Local 2250; dismissing, without prejudice, Mua's claims against the remaining Defendants; and granting, in part, Mua's motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Mua seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Moreover, Mua may challenge the district court's orders in Appeal No. 16-1509. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny as moot Mua's motion for leave to file an amended initial brief and his motion to consolidate this appeal with Appeal No. 16-1509. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3